ROSE S. GELLER, Respondent, v. SAMUEL G. GELLER, Appellant.— Order

reversed and motion granted to the extent indicated in order. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.